IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RYAN DAVID SWARTLEY,<br><br>　　　　　Defendant. | Case No. 3:17-cr-267-01<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Brett M. Shasky, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  January 7, 2019

　　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　By:　*/s/ Brett M. Shasky*_____
　　　　　　　　　　　　BRETT M. SHASKY
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　655 First Avenue North - Suite 250
　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　ND Bar Board ID No. 04711
　　　　　　　　　　　　Brett.Shasky@usdoj.gov
　　　　　　　　　　　　Attorney for United States